IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**JOSHUA J. AYERS,**

    Plaintiff,

v.

**LANE COUNTY JAIL, LANE COUNTY SHERIFF, OFFICER GONZALES, JOHN DOE OFFICERS, JANE DOE OFFICERS, JANE DOE NURSES, JOHN DOE DOCTORS,**

    Defendants.

No. 6:17-cv-00766-JE

OPINION AND ORDER

**MOSMAN, J.,**

On November 29, 2018, Magistrate Judge John Jelderks issued his Findings and Recommendation (F&R) [67], recommending that Defendant Canizales' Motion for Summary Judgment [36] should be GRANTED, Plaintiff's claims against Defendant Canizales should be dismissed, without prejudice, for lack of exhaustion, and Plaintiff's Motion to Deny Dismissal for Non-Judicial Remedies [40] should be DENIED. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation and I ADOPT Judge Jelderks's F&R [67]. I GRANT Defendant Canizales' Motion for Summary Judgment [36], dismiss all claims against Defendant Canizales without prejudice, and DENY Plaintiff's Motion to Deny Dismissal for Non-Judicial Remedies [40].

IT IS SO ORDERED.

DATED this 16 day of January, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge